THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLEO PRESTON, Defendant-Appellant.

(No. 58647;

First District (2nd Division)—November 20, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

Thomas J. Grippando, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.